Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Maria V. Kanioros

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA V. KANIOROS, | Case No.: CV 12-00783 DOC MRW |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: July 25, 2012

/s/ Judge Wilner
_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: July 24, 2012

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Lawrence D. Rohlfing*
_____
Lawrence D. Rohlfing
Attorney for plaintiff Maria V. Kanioros

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER CV 12-00783 DOC MRW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on July 24, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Lawrence D. Rohlfing*

_____
Lawrence D. Rohlfing
Attorneys for Plaintiff
_____